Magdalena Weilbrenner, Respondent, v. The Brooklyn Heights Railroad Company, Appellant.— Judgment and order of the County Court of Queens county unanimously affirmed, with costs., No opinion. Present — Hirschberg, P. J., Woodward, Burr, Rich and Miller, JJ. .

Milnor Wiley and W. C. Morris Wiley, Appellants, v. Elizabeth L. Zeh, Respondent.— Judgment of the Municipal Court affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Burr, Rich and Miller, JJ., concurred.

James Wilson, Respondent, v. Minnie Baker, Appellant. — Judgment and order of the Municipal Court reversed and new trial ordered, costs to abide the event, on the ground that the plaintiff was not the procuring cause of the sale. Woodward, Burr, Rich and Miller, JJ., concurred; Hirschberg, P. J., dissented on the ground that the evidence clearly establishes the fact that the plaintiff was employed to sell the property, and by a fair preponderance that he did procure the purchaser to whom it was sold.

James Wilson, Appellant, v. John B. McDonald, Respondent.— Judgment of the Municipal Court reversed and new trial ordered, costs to abide the event, on the ground that the judgment was against the weight of evidence. Woodward, Jenks, Gaynor, Burr and Miller, JJ., concurred.

Frank Zagarino and James Lapenna, Respondents, v. Max Kurzrok, Appellant.— Order affirmed on argument, with ten dollars costs and disbursements. Hirschberg, P. J., Gaynor, Burr, Rich and Miller, JJ., concurred.

Jacob S. Dubroff, Respondent, v. Charles Cornman and Others, Appellants.— Motion dismissed, without costs. Present — Hirschberg, P. J., Jenks, Gaynor, Rich and Miller, JJ.

Ferdinand A. Dueser, Respondent, v. Alonzo P. Meyer and Another, as Executors, etc., Appellants.— Motion for reargument denied, with costs. Present — Hirschberg, P. J., Jenks, Gaynor, Rich and Miller, JJ.

In the Matter of the Application of The City of New York, Relative to Acquiring Title for the Purpose of Opening Beverly Road from Bedford Avenue to East Thirty-first Street, Brooklyn, etc.— Motion to resettle order denied, with costs. Present — Hirschberg, P. J., Jenks, Gaynor, Rich and Miller, JJ.

In the Matter of the Final Judicial Settlement of the Account of Margaret N. Harteau and Others, as Executors, etc.— Motion denied, without costs. Present — Hirschberg, P. J., Jenks, Gaynor, Rich and Miller, JJ.

In the Matter of Proceedings for the Disbarment of James A. Howard, an Attorney and Counselor at Law.— Motion granted and name stricken from the roll of attorneys. Present — Hirschberg, P. J., Jenks, Gaynor, Rich and Miller, JJ.

In the Matter of the Estate of Charles W. Sample, Deceased.— Motion to dismiss appeal granted, with costs. Present — Hirschberg, P. J., Jenks, Gaynor, Rich and Miller, JJ.